IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**GBG, LLC**
_____
**Plaintiff,**

v.                                              Case No. _____

Philadelphia Indemnity Ins. Co.
_____
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **GBG, LLC** _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

■ In a case based on diversity jurisdiction, the following is a list of all members of

__GBG, LLC_____ and their states of citizenship:
(name of LLC party)

__CFJ, LLC_____        __Virginia, Texas, Maryland_____
(name of member)                    (state of citizenship)

_____          _____
(name of member)                    (state of citizenship)

_____          _____
(name of member)                    (state of citizenship)

_____          _____
(name of member)                    (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

__12/16/21_____              __[signature]_____
Date                              Signature

                                  Eli Jason S. Mackey (Bar No. 21580)
                                  Printed name and bar number

                                  4940 Dominion Boulevard, Glen Allen, VA 23060
                                  Address

                                  jmackey@setlifflaw.com
                                  Email address

                                  (804) 377-1260
                                  Telephone number

                                  (804) 377-1280
                                  Fax number

2